UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAGRANGE BAYOU VILLAGE, LLC,**
**An Alabama Limited Liability Company, and**
**ASSET MANAGEMENT COMPANY, LLC,**
**an Alabama Limited Liability Company,**

      **Plaintiffs,**

**v.**                         **CASE NO. 3:07cv194/RV/EMT**

**JULIAN W. ROEBUCK,**
**B.R. PROPERTIES, LLC,**
**a Florida Limited Liability Company,**
**JOHN DOE and any other**
**unknown co-conspirators.**

      **Defendants.**

---

## NOTICE OF FILING

Plaintiff, Asset Management Company, LLC, by and through its undersigned attorneys hereby files the Final Judgment in the case *Asset Management Company, LLC v. BR Properties, LLC and Julian Roebuck, CV 2008 900235, Jefferson County, AL,* for the Court's and parties' convenience. The Court granted the motion for summary final judgment of Plaintiff and specifically found that between March 2005 and May 2006 [Julian W. Roebuck]:

"*used BR Properties, LLC for his own personal purposes to the extent that the said LLC was rendered a mere sham and alter ego of Defendant Roebuck during the time specified herein.*"

A copy of said Final Judgment is attached hereto.

Respectfully submitted,

/s/ Scott A. Remington

**SCOTT A. REMINGTON**
Fla. Bar. No. 122483
CLARK, PARTINGTON, HART, LARRY,
 BOND & STACKHOUSE
One Pensacola Plaza, Suite 800
125 W. Romana Street (32501)
P. O. Box 13010
Pensacola, Florida 32591-3010
Tel:    850-434-9200
Fax:    850-432-7340
sremington@cphlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following and all other parties listed on the Court's mailing matrix by electronic mail on this the 15th day of October, 2008:

Chris Cadenhead, Esq.
chris@cadenheadlawfirm.com

/s/ Scott A. Remington
**SCOTT A. REMINGTON**

A0396240

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ASSET MANAGEMENT COMPANY, LLC,  )
                                 )
        Plaintiff,             )
                                 )
v.                                )        CIVIL ACTION NO.
                                 )        CV-2008-900235
BR PROPERTIES, LLC, and JULIAN    )
ROEBUCK,                      )
                                 )
        Defendants.          )
                                 )

## FINAL JUDGMENT

This matter came before the Court on the motion for summary judgment filed by Plaintiff

Asset Management Company, LLC ("AMC"). The Court previously entered an Order dated

September 12, 2008 finding that:

> 1.    Plaintiff's motion for partial summary judgment with regard to allegations contained in its complaint that Defendant Julian Roebuck be held personally responsible for the acts or omissions of BR Properties, LLC is hereby GRANTED;
>
> 2.    The Court specifically holds that during the period of March 2005 to May 2006, Defendant Roebuck used BR Properties, LLC for his own personal purposes to the extent that the said LLC was rendered a mere sham and alter ego of Defendant Roebuck during the time period specified herein.
>
> 3.    The balance of the issues and counts of Plaintiff's complaint having not been adjudicated by this order, a scheduling conference is hereby ordered for October 10, 2008 at 10:30 a.m. at which time a schedule for the trial of all remaining issues between the parties shall be set.

(9/12/08 Order, p. 17).

It has since been brought to the attention of the Court that Plaintiff AMC filed a Notice of

Voluntary Dismissal of its claims against Chris Cadenhead and Mitchell Creek, LLC on April

17, 2008. AMC also has voluntarily dismissed its claims in Count Two (for Violation of the

                                                     

RECEIVED SEP 2 2 2008

Alabama Fraudulent Transfer Act) and Count Three (for Constructive Trust) of its First Amended Complaint. After the voluntary dismissal of these other parties and claims, the sole remaining Defendants are Julian Roebuck and BR Properties, LLC, and the sole remaining issue is whether Defendant Julian Roebuck should be held personally responsible for the acts or omissions of BR Properties, LLC. This issue was resolved in the Court's September 12, 2008 Order in favor of AMC.

Because all of the issues before the Court were conclusively determined in the Court's September 12, 2008 Order, the Court grants and enters Final Judgment in favor of Plaintiff Asset Management Company, LLC and against Defendants BR Properties, LLC and Julian Roebuck. The relief that AMC is entitled to is more fully described in the Court's Order dated September 12, 2008, which is adopted and incorporated as if set forth herein. AMC is entitled to hold Julian Roebuck personally responsible for the acts or omissions of BR Properties, LLC. This includes the obligation of BR Properties LLC to pay AMC **One Hundred Seven Thousand Nine Hundred Forty Five and 25/100 dollars ($107,945.25)** in attorney's fees and costs (plus post-judgment interest accruing since the date that judgment was entered) by virtue of Judge Tom King's Order dated October 29, 2007 in the lawsuit styled *Pruitt v. Asset Management Company, LLC*, Jefferson County Circuit Court, CV 2007-1680, for all of which let execution issue once the automatic stay of thirty (30) days has expired. This judgment puts an end to the proceedings and leaves nothing for further adjudication. Costs taxed as paid.

DONE AND ORDERED THIS THE ___ DAY OF _____ , 2008.

_____
CIRCUIT JUDGE

## PLEASE SEND NOTICE TO THE FOLLOWING:

### COUNSEL FOR PLAINTIFF

R. Bruce Barze, Jr. (BAR079)
M. Todd Lowther (LOW031)
Balch & Bingham LLP
Post Office Box 306
Birmingham AL 35201-0306

### JUDGMENT CREDITOR

Asset Management Company, LLC
153 Cahaba Valley Parkway
Pelham, AL 35124

### DEFENDANTS

BR Properties, LLC
c/o Julian Roebuck
467 Captain's Circle
Destin FL 32541

Julian Roebuck
467 Captain's Circle
Destin FL 32541

993709.1

3