IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAGRANGE BAYOU VILLAGE, LLC, and**
**ASSET MANAGEMENT COMPANY, LLC,**

       Plaintiffs,

  v.                                Case No. 3:07cv194/RV/EMT

**JULIAN W. ROEBUCK, B.R. PROPERTIES,**
**LLC, JOHN DOE, etc.,**

       Defendants.
_____/

## ORDER OF DISMISSAL

The Court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

(1) This cause is hereby dismissed, with prejudice and without taxation of costs.

(2) In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 27th day of October, 2008.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **Senior United States District Judge**